In re: Norma J. HURT Debtor.

Milton G. Pace, II Appellant,

v.

Norma J. Hurt; ABGN Sales; American Savings Life Insurance; United States Trustee Appellees.

In re: Norma J. Hurt Debtor.

ABGN Sales, Appellant,

v.

American Savings Life Insurance; Norma J. Hurt, Appellees.

Nos. 00–16329, 00–16332.

B.A.P. Nos. AZ–99–01392–KPRy, AZ–99–01450–KPRy.

United States Court of Appeals, Ninth Circuit.

Submitted May 15, 2001.*

Argued and Submitted May 15, 2001.

Decided June 4, 2001.

Before HUG and T.G. NELSON, Circuit Judges, and SHADUR,** District Judge.

ORDER ***

We affirm both appeals for the reasons stated by the Bankruptcy Appellate Panel in its well-reasoned May 15, 2000 Memorandum.

AFFIRMED.

---

* The panel unanimously finds this case suitable for decision without oral argument. Fed. R.App. P. 34(a)(2).

** Honorable Milton I. Shadur, Senior United States District Judge for the Northern District of Illinois, sitting by designation.

*** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as may be provided by Ninth Circuit Rule 36–3.

